[No. 69356-5-I. Division One. October 28, 2013.]

GRANGE INSURANCE ASSOCIATION, *Respondent*, v. ELIZABETH ROBERTS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-07609-1, Joseph P. Wilson, J., entered July 22, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Dwyer, JJ. Now published at 179 Wn. App. 739.

[No. 69445-6-I. Division One. October 28, 2013.]

LEIBSOHN PROPERTY ADVISORS INCORPORATED, *Appellant*, v. COLLIERS INTERNATIONAL REALTY ADVISORS (USA), INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-28124-0, Mary Yu, J., entered September 20, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Becker and Dwyer, JJ.

[No. 69535-5-I. Division One. October 28, 2013.]

EGP INVESTMENTS, LLC, *Appellant*, v. ERIC A. ANDREWS, *as Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-03800-5, Richard T. Okrent, J., entered October 8, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Schindler, JJ.

[No. 69577-1-I. Division One. October 28, 2013.]

*In the Matter of the Personal Restraint of* TORREY NORMAN, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.